# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shenzhen Qianhai Phoenix Networks Co., Ltd.

                              Plaintiff,

v.                                                    Case No.: 1:20–cv–05233
                                                  Honorable Steven C. Seeger

Amazon.com Services, LLC, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, September 21, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the declaration (Dckt. No. [9]) about the efforts made by Plaintiff to notify Defendants that counterfeit products are for sale on amazon.com. By October 9, 2020, the parties shall meet and confer and attempt to reach an amicable resolution. Plaintiff shall give Defendants complete information about all of the allegedly counterfeit products that are offered for sale on amazon.com. The parties shall file a status report on that issue by October 12, 2020. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.