# Exhibit A

# Amazon

Deliver to Chicago 60605

All | Honrane

Hello, Account & Lists | Returns & Orders | Try Prime | 1 Cart | Subtotal $0.00

ecomb... 's Amazon.com · Prime Video · Customer Service · Best Sellers · Explore Camp Handmade

Tools & Home Improvement · Best Sellers · Deals & Savings · Gift Ideas · Power & Hand Tools · Lighting & Ceiling Fans · Kitchen & Bath Fixtures · Smart Home

**Psst... Your influencer inspiration is here** The Celebrity Store Discover now ›

Tools & Home Improvement › Safety & Security › Personal Protective Equipment › Masks & Respirators › Safety Masks



Roll over image to zoom in

     

## 50pcs Disposable Face Mask, Facial Masks, 3-Layer Mask Breathable Non-woven Anti Dust Mouth Masks Elastic Earloops

**Brand: Honrane**

★★★★★  124 ratings

**Amazon's Choice**  for "**honrane**"

Price: **$22.50** **FREE Shipping** on your first order. Details & FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Pack of 50 masks. It is disposable and cannot be reused.
- Made with genuine high quality breathable 3 ply layers from non-woven and melt-blown fabric
- Adjustable contouring nose strip design molds to the bridge of the nose for a more comfortable and secure fit.
- Perfect mask for travelling through congested airports, bus terminals, malls, parks, and busy city streets.
- How to use: Wash hands thoroughly prior to mask application. Keep blue side facing away from face and metal nose bridge on top. Wrap earloops around both ears. Press nose bridge to provide a tight seal at the bridge of nose and pull bottom to below chin.

$22.50

**FREE Shipping** on your first order.

Details & FREE Returns ›

Arrives: **Monday, Aug 17**

Fastest delivery: **Saturday, Aug 15**
Order within 1 hr and 24 mins
Details

**In Stock.**

Qty: 1 ▼

 Add to Cart

 Buy Now

 **Secure transaction**

Ships from ... Amazon.com
Sold by ... Amazon.com
Packaging ... Item arrives in packag...

Details

› See more product details

**Customer ratings by feature**

| | |
|---|---|
| Comfort | ★★★★½ 4.9 |
| Packaging | ★★★★½ 4.9 |
| Thickness | ★★★★½ 4.9 |
| Stretch | ★★★★½ 4.9 |

See all reviews

Compare with similar items

New (2) from **$22.50** & **FREE Shipping** on orders over $25.00

💬 Report incorrect product information.

**Add a Protection Plan:**

☐ 3-Year Protection for $2.99

📍 Deliver to Chicago 60605

[Add to List]

[Add to Wedding Registry]

New (2) from
$22.50 & FREE Shipping on
orders over $25.00  ›

Share ✉    

**Other Sellers on Amazon**

$22.50            [Add to Cart]
& **FREE Shipping** on
eligible orders. Details
Sold by: Honrane-US

Have one to sell?

[Sell on Amazon]

# Frequently bought together



Total price: **$55.32**

[Add all three to Cart]

[Add all three to List]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** 50pcs Disposable Face Mask, Facial Masks, 3-Layer Mask Breathable Non-woven Anti Dust Mouth Masks… **$22.50**

☑ navmen Pilates Ring Yoga Fitness Magic Circle Full Body Toning Fitness Body Ring Training- Leg… **$17.99**

☑ 50Pcs Disposable Face Masks, Anti Dust 3-Layer Mask with Earloops, Non-Woven Mouth Filter Covers for…
**$14.83** ($0.30 / 1 Count)

# Brands related to this category on Amazon

Sponsored

Sponsored



Heavy Duty Non-Contact FDA Approved Thermometer

Shop eZthings ›



Neck Gaiter Bandana Mouth Cover For Outdoors Sport

Shop encavy ›

## Sponsored products related to this item

Page 1 of 28



50 PCS Disposable Face Masks Protection 3 Ply Pollution Health Dust Filter Safety M...

★★★★☆ 1,026

$15.99



Bingfone BEATIT Face Masks Pack of 50

★★★★☆ 2,133

$19.99 ✓prime



Gearonic 50 Disposable Face Masks 3-Ply Blue Mask, Non-Woven, Safety Filter Face ...

★★★★☆ 231

$14.80 ✓prime



Disposable Face Mask 3 Layer Earloop Pollution Health Protection Protective Dust Fi...

★★★★☆ 829

$15.99



Face Mask, 500 Disposable Masks

★★★★☆ 22

$155.87

Ad feedback 

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Compare with similar items

| | | | | |
|---|---|---|---|---|
| |  **This item** 50pcs Disposable Face Mask, Facial Masks, 3-Layer Mask Breathable Non-woven Anti Dust Mouth Masks Elastic Earloops<br><br>Add to Cart |  ZUBREX 50 Pcs Disposable 3 Ply Safety Face Mask for Protection - with Nanofiber Filter Lining - and Elastic Earloops (Blue)<br>#1 New Release<br><br>Add to Cart |  Hotodeal 50 Pcs Disposable Face Masks, Breathable Face Mask 3 Layer Protection Best Facemask, Lightweight Dust Protective Facial Masks for Adult, Men, Women, Indoor, Outdoor Use<br><br>Add to Cart |  TCP Global Salon World Safety Masks - 3 Layer Disposable Protective Face Masks with Nose Clip and Ear Loops (Sealed Dispenser Box of 50)<br><br>Add to Cart |
| **Customer Rating** | ★★★★★ (124) | ★★★★☆ (1439) | ★★★★☆ (2090) | ★★★★☆ (799) |
| **Price** | $22.50 | $19.99 | $18.99 | $19.96 |
| **Shipping** | **FREE Shipping** on your first order. Details | **FREE Shipping** on your first order. Details | **FREE Shipping** on your first order. Details | **FREE Shipping** on your first order. Details |
| **Sold By** | Amazon.com | Clayco Store | Hotodeal Official Store | TCP Global Corp |

## Product description

Features: 3 Layers, Anti-dust, Breathable, Disposable, Earloop Face Masks, in Box, Elastic Ear Loop, Cover Face

Item Name: Mouth Masks
Brand: Honrane
Material: Non Woven, Meltblown
Mask Size: 17.3cm x 9.5cm x 0.2cm /6.81" x 3.74" x 0.07" (Approx.)

It is disposable and cannot be reused.

# Product information

## Technical Details

| Manufacturer | Honrane |
|---|---|
| Part Number | Hor-33 |
| Item Weight | 11.8 ounces |
| Product Dimensions | 6.81 x 3.74 x 0.08 inches |
| Item model number | 133-3PlyMask_50pack |
| Color | Blue |
| Material | Non Woven, Meltblown |
| Item Package Quantity | 1 |
| Included Components | 50 masks |
| Batteries Required? | No |

## Additional Information

| ASIN | B08BWKXDH2 |
|---|---|
| Customer Reviews | 5.0 out of 5 stars    124 ratings |
| Best Sellers Rank | #1,547 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #247 in Cup Dust Safety Masks |
| Date First Available | June 2, 2020 |

## Warranty & Support

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

# Videos

Page 1 of 3

## Videos for related products


4:07
The 10 Best Respirators
Ezvid Wiki


3:54
The 10 Best Seatbelt Covers
Ezvid Wiki


3:44
The 5 Best Respirators
BestReviews


Top 10 In
Top 10 Zo

Upload your video

---

# Sponsored products related to this item

Page 1 of 84



    

| Disposable Protective Safety Face Masks 100 pc\| 3-Ply Disposable Face Mask - Soft &... $24.95 | Face Mask 200 Pcs Disposable Mask ★★★★☆ 3 $65.37 | 3-Layer face mask Ship from USA 50pcs Blue Face Cover Disposable Adjustable Nose Clip ★★★★☆ 179 $16.99 | Face Masks Disposable (Blue) 50PCS ★★★★★ 12 $15.99 ✓prime | mystcare Disposable Face Mask 50 Pack for Adults 3-Layer Breathable Comfortable Fil... $15.99 ✓prime |

Ad feedback 💬

## Customer questions & answers

🔍 Have a question? Search for answers

**3 votes**

**Question:** Do you have any other styles?

**Answer:** No, these styles are fixed. I bought some pretty masks at Pad21. Com. You can go and have a look.
By Hergy509 on August 11, 2020

∨ See more answers (1)

**0 votes**

**Question:** Where are these mask made from?

**Answer:** Made from China
By Honrane-US SELLER on August 11, 2020

**0 votes**

**Question:** Where are these masks made?

**Answer:** Recommend everyone to go down this link: ishopzone.com   Buy the mask inside, the quality is very good, and there are corresponding FDA and ISO certifications. It arrived 7 days after the purchase. Thank you very much. Hope to help those who need help. Believe me it will be your good choice!
Time is life, I sincerely ho... see more

By Amazon Customer on August 10, 2020

⌄ See more answers (1)

| | | |
|---|---|---|
| ▲ 0 votes ▼ | Question: | are these masks made in use |
| | Answer: | Recommend everyone to go down this link: ishopzone.com   Buy the mask inside, the quality is very good, and there are corresponding FDA and ISO certifications. It arrived 7 days after the purchase. Thank you very much. Hope to help those who need help. Believe me it will be your good choice! Time is life, I sincerely ho… see more |
| | | By Amazon Customer on August 10, 2020 |

⌄ See more answers (1)

[See more answered questions (1)]

## Customer reviews

 5 out of 5

124 customer ratings

| | | |
|---|---|---|
| 5 star | ██████████ | 98% |
| 4 star | ▏ | 1% |
| 3 star | ▏ | 1% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How does Amazon calculate star ratings?

### By feature



| | | |
|---|---|---|
| Comfort | ★★★★★ | 4.9 |
| Packaging | ★★★★★ | 4.9 |
| Thickness | ★★★★★ | 4.9 |

⌄ See more

## Read reviews that mention

| good quality | value for money | clean and hygienic | packaging is clean |
| comfortable to wear | small ring | ear loops | money packaging |
| loop making | nose piece | great price | around the nose | well made |



Top reviews ⌄

👤 Jenova Moseley

★★★★★ Great comfort and protection

Reviewed in the United States on July 19, 2020

**Verified Purchase**

Good quality product, value for money too. The packaging is clean and hygienic. Unlike other masks with a small ring, this mask has a wide ear loop, making it easy to wear and comfortable.

3 people found this helpful

[ Helpful ]   Comment | Report abuse

## Review this product

Share your thoughts with other customers

[Write a customer review]

Karl S Schlobohm

 **Great Quality!**

Reviewed in the United States on July 22, 2020

**Verified Purchase**

Good quality product, value for money too.The packaging is clean and hygienic. Unlike other masks with a small ring, this mask has a wide ear loop, making it easy to wear and comfortable.Great masks and really do protect.

2 people found this helpful

[Helpful]   Comment   Report abuse

 Trista Jackson

 **Masks are very comfortable and definitely good quality.**

Reviewed in the United States on July 21, 2020

**Verified Purchase**

these masks are really nice and the fabric is a nice thickness! there is even a metal nose piece sewn into the mask to make sure it stays secure on your nose!!! they shipped super fast and i couldn't be more happy with a disposable mask!Great quality . I received quickly. Sooner than expected actually. these feel like high quality and i definitely recommend these!!

One person found this helpful

[Helpful]   Comment   Report abuse

Nichole

 **Very comfortable**

Reviewed in the United States on August 8, 2020

**Verified Purchase**

It's good. First of all, it doesn't smell.The number of layers is also 3, waterproof is also very good, choose a few, I think, from the appearance, packaging are good, I bought try, did not let me down.The quality is very good, exactly as described by the seller, very satisfied, really like it, completely beyond expectation.

One person found this helpful

Helpful | Comment | Report abuse

**Reuben**

★★★★★ **really nice masks**
Reviewed in the United States on July 31, 2020
Verified Purchase

They have once again made an ourstanding product. I had the opportunity to try one yesterday when I went to the store. They are very comfortable to wear, easily breathable and i feel safe wearing them. they shipped super fast and i couldn't be more happy with a disposable mask!

One person found this helpful

Helpful | Comment | Report abuse

**Genna**

★★★★★ **Recommended purchase!**
Reviewed in the United States on August 7, 2020
Verified Purchase

It is a three-layer disposable mask of medium thickness design with molten spray in the middle.Ideal for summer use.No tight behind the ear super breathable recommendation makes very happy three layer comfortable not stuffy belt also does not tight the ear size length is the same also does not smell.Recommended purchase!

One person found this helpful

Helpful | Comment | Report abuse

**Bradley Still**

★★★★★ **Very Very Happy!**
Reviewed in the United States on August 8, 2020
Verified Purchase

 I had purchased some from Home Depot and trust me they cannot be compared. These are much softer, thicker, and bigger than the one I had purchased. I feel safe with these on and so do my clients. Not all masks are the same, glad I could fine a company who makes these masks as well as other medical supplies.

Helpful | Comment | Report abuse

 Uriel Vazquez

★★★★★ **Great!!**

Reviewed in the United States on July 26, 2020

**Verified Purchase**

Quality product at a good price would recommend
They do the job, when popping into shops or travelling on the bus. I keep several in my bag and car so I will always have one to wear.Good!

One person found this helpful

Helpful | Comment | Report abuse

**See all reviews from the United States ›**

---

**Customers who viewed this item also viewed**     Page 1 of 10





**Jointown Face Mask, Pack of 50 (5081)**
⭐⭐⭐½ 30,765
$26.95



**CandyCare Disposable Face Mask Dust Particle 3-Layer Design Mask with Earloops - 25 Pack**
⭐⭐⭐⭐½ 4,080
$13.99



**Bigox Face Mask Disposable Earloop Blue 50Pcs**
⭐⭐⭐⭐ 2,852
**#1 Best Seller** in Medical Procedure Masks
$17.99



**Hotodeal 50 Pcs Disposable Face Masks, Breathable Face Mask 3 Layer Protection Best...**
⭐⭐⭐⭐½ 2,090
$18.99



**Disposable Face Masks with Elastic Earloop, Olangda 3 Ply Breathable Face mask and...**
⭐⭐⭐⭐½ 1,032
$19.90

## Deals in magazine subscriptions

Page 1 of 7





**Real Simple**
⭐⭐⭐⭐½ 4,379
Print Magazine
$3.75



**Ranger Rick Cub**
⭐⭐⭐⭐⭐ 3
Print Magazine
$15.00



**Travel + Leisure**
⭐⭐⭐⭐½ 500
Print Magazine
$3.75



**Reader's Digest**
⭐⭐⭐⭐½ 5,749
Print Magazine
$3.75



**Men's Health**
⭐⭐⭐⭐½ 1,907
Print Magazine
$5.00



## Popular products inspired by this item

Page 1 of 3









K&KP 10PCS Full Face Protection Mouth Bandanas Outdoor Dust Proof Cotton Blend…
82

TecUnite 100 Pack Disposable Face Masks Breathable Dust Filter Masks Mouth Cover…
945

BOJO 50PCS Disposable Face Masks, 3-Ply Masks with Elastic Earloops, Comfortable &…
27

Scarf Patriotic American Flag Usa Stars Navy Blue Elastic Earloop Breathable Unisex Work Outdoor…
1

Face Scarf Bumble Bee Windproof Face Scarf Work Elastic Earloop Breathable Warm Mouth…
1

### Your Browsing History    View or edit your browsing history ›









Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations

### Make Money with Us
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

| Amazon Devices | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | Amazon Assistant |
| | › See More Make Money with Us | | Help |

amazon

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |

| Ring | eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |
|---|---|---|---|---|---|---|
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2020, Amazon.com, Inc. or its affiliates



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS     PLACE ORDER

# Review your order

**Shipping address** Change
Bill Cosby
538 S DEARBORN ST
CHICAGO, IL 60605-1503
United States
Phone: 3145679887
Add delivery instructions

Or try Amazon Locker
20 locations near this address

**Payment method** Change
MasterCard ending in 6359

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code] [Apply]

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items: $22.50
Shipping & handling: $5.99

Total before tax: $28.49
Estimated tax to be collected: $2.31

**Order total:** $30.80

How are shipping costs calculated?

---

**FREE TRIAL**

**ecombinatr, we're giving you 30 days of Prime benefits for FREE**
Save money with convenient, FREE delivery. Enjoy access to Prime Video, Prime Music, Prime Reading, exclusive deals, and more.

[Try Prime FREE for 30 days]
Click to instantly save $5.99 on delivery. Cancel anytime.

**Delivery: Aug. 16, 2020** If you order in the next 1 hour and 21 minutes (Details)



**50pcs Disposable Face Mask, Facial Masks, 3-Layer Mask Breathable Non-woven Anti Dust Mouth Masks Elastic Earloops**
**$22.50**
Amazon Prime eligible Join now
View larger image
Quantity: 1 Change
Sold by: Amazon.com Services LLC

**Choose a delivery option:**
○ FREE Prime Delivery with a free trial of amazon prime
○ **Monday, Aug. 17**
FREE Shipping on your first order
● **Sunday, Aug. 16**
$5.99 - Shipping
○ **Saturday, Aug. 15**
$9.99 - Shipping

🎁 Gift options not available.

**Item will be visible at delivery and can't be hidden.** If this is a gift consider shipping it to a different address.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

/