Case: 1:20-cv-05233 Document #: 27-3 Filed: 12/09/20 Page 1 of 5 PageID #:161

# Exhibit C

Amazon Container Code(code128) AMZNCC00003986733341

LEX2 | 0.6 Lbs | 08/14 | DCH6

Edward Urban
1000 S HAMILTON ST STE G
60441-3197 LOCKPORT, IL United States

TBA117477919901

DCH6  CYCLE_1

UxgXHr8Qp/1/next—1dc/1 of 1/0/3021/WGD9

DTW1 A CH6    ORD9 D CH6

A-14.1E
DRIVER AID 3904

B08BWK...







