UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shenzhen Qianhai Phoenix Networks Co., Ltd., | ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-05233 |
| | ) ) | Judge Hon. Steven C. Seeger |
| v. | ) | |
| Amazon.com Services, LLC and Amazon.com, Inc., | ) ) | Mag. Judge Hon. Jeffrey Cole |
| | ) ) | |
| Defendants. | ) | |

**Joint Motion to Enter Scheduling Order**

**NOW COME** Shenzhen Qianhai Phoenix Networks Co., Ltd. ("Plaintiff") and Amazon.com Services, LLC and Amazon.com, Inc. ("Defendants") by and through their undersigned counsel, and hereby jointly move the Court to enter a scheduling order under Fed. R. Civ. P. 16(b). In support of their motion, the Parties state as follows:

1. On April 5, 2021, the Parties participated in a settlement conference before Judge Cole. [Dkt. 35].

2. While the Parties did not arrive at settlement during the conference, the Parties have continued those discussions.

3. A scheduling order has not yet been entered in the case.

4. While the parties have not abandoned the prospect of settlement, the Parties are interested in establishing a case management plan and proceeding.

5. The Parties respectfully request the Court to consider the Parties' proposed Rule 16(b) Scheduling Order, submitted herewith, and set dates accordingly.

**WHEREFORE**, for the foregoing reason, the Parties respectfully request that this Court entered the Rule 16(b) scheduling order substantially in the form submitted herewith.

Dated: July 29, 2021

<table>
<tr><td>

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
adamu@au-llc.com
Ph. (312) 715-7312
Fax (312) 646-2501
*Counsel for Plaintiff Shenzhen Qianhai Phoenix Networks Co., Ltd.*

</td><td>

/s/James E. Geringer
James E. Geringer
Klarquist Sparkman, LLP
One World Trade Center
121 S.W. Salmon Street Suite 1600
Portland, Oregon 97204
james.geringer@klarquist.com
(503) 473-0845

Kingshuk K. Roy
Purcell & Wardrope Chtd.
10 S. LaSalle St. Suite 1200
Chicago, IL 60603
312-427-3900
kkr@pw-law.com
*Counsel for Amazon.com Services, LLC and Amazon.com, Inc.*

</td></tr>
</table>