# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shenzhen Qianhai Phoenix Networks Co., Ltd.

                                          Plaintiff,

v.                                                      Case No.: 1:20−cv−05233
                                                               Honorable Steven C. Seeger

Amazon.com Services, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 30, 2021:

        MINUTE entry before the Honorable Steven C. Seeger: The parties did not reach a settlement at the settlement conference, and now seek a scheduling order so that they can proceed with the case. The Court adopts the proposed schedule. Fact discovery will close on January 21, 2022. Scheduling order to follow. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.