# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Shenzhen Qianhai Phoenix Networks Co., Ltd., | ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-05233 |
| | ) ) | Judge Hon. Steven C. Seeger |
| v. | ) | |
| Amazon.com Services, LLC and Amazon.com, Inc., | ) ) ) | Mag. Judge Hon. Jeffrey Cole |
| Defendants. | ) ) | |

## Scheduling Order Under Rule 16(b)

Based on the discovery plan proposed by the parties herein, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | September 23, 2021 |
| Service of process on any "John Does" | September 23, 2021 |
| 30(b)(6) deposition of plaintiff in Chicago | January 17-21, 2022 (or earlier by agreement) |
| Completion of Fact Discovery | January 21, 2022 |
| Disclosure of Plaintiff's Expert Report(s) | February 21, 2022 |
| Deposition of Plaintiff's Expert | March 25, 2022 |
| Disclosure of Defendant's Expert Report(s) | April 22, 2022 |
| Deposition of Defendant's Expert | May 23, 2022 |
| Dispositive Motions | June 24, 2022 |

Date: July 30, 2021

Steven C. Seeger
United States District Judge