IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shenzhen Qianhai Phoenix Networks Co., Ltd., | ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-05233 |
| | ) ) | Judge Hon. Steven C. Seeger |
| v. | ) ) | |
| Amazon.com Services, LLC and Amazon.com, Inc., | ) ) ) | Mag. Judge Hon. Jeffrey Cole |
| Defendants. | ) | |

### Joint Motion for Entry of Confidentiality Order

**NOW COMES** Plaintiff, Shenzhen Qianhai Phoenix Networks Co., Ltd. ("Plaintiff") together with Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants"), by and through their respective counsel, and hereby jointly move this Court to enter an agreed confidentiality order.

1. The Parties expect that, through the course of discovery, certain proprietary and sensitive information concerning the Parties' finances and sales will be requested and disclosed to support the Parties' respective claims and defenses.

2. In the interest of maintaining the confidentiality of such information and preventing the unnecessary public disclosure thereof which may be harmful, the Parties request that this Court enter a Confidentiality Order.

3. An agreed proposed confidentiality order, based on the Court's model order, will be submitted to the Court via email at Proposed_Order_Seeger@ilnd.uscourts.gov, together with a redlined version showing the edits made to the model order.

4. Subject to Judge Seeger's standing order, the parties request that the Court enter the proposed confidentiality order as-provided.

**WHEREFORE**, Plaintiff hereby requests that this Court grant the following relief:

**(a)** Enter the agreed proposed confidentiality, to be emailed to this Court today at

Proposed_Order_Seeger@ilnd.uscourts.gov; and

**(b)** Enter an order granting such other and further relief as this Court deems just and proper.

Dated this August 19, 2021

Respectfully submitted,

| | |
|---|---|
| /s/Adam E. Urbanczyk | /s/James E. Geringer |
| Adam E. Urbanczyk | James E. Geringer |
| AU LLC | Klarquist Sparkman, LLP |
| 564 W. Randolph St. 2nd Floor | One World Trade Center |
| Chicago, IL 60661 | 121 S.W. Salmon Street Suite 1600 |
| adamu@au-llc.com | Portland, Oregon 97204 |
| Ph. (312) 715-7312 | james.geringer@klarquist.com |
| Fax (312) 646-2501 | (503) 473-0845 |
| | |
| *Counsel for Plaintiff Shenzhen Qianhai Phoenix Networks Co., Ltd.* | Kingshuk K. Roy |
| | Purcell & Wardrope Chtd. |
| | 10 S. LaSalle St. Suite 1200 |
| | Chicago, IL 60603 |
| | 312-427-3900 |
| | kkr@pw-law.com |
| | |
| | *Counsel for Amazon.com Services LLC and Amazon.com, Inc.* |

**Certificate of Service**

I hereby certify that a true and correct copy of this Motion for Entry of Confidentiality Order will be sent via the Court's e-filing system to counsel of record this August 19, 2021.

Michael Demuri Haeberle
Patterson Law Firm
200 W. Monroe Street
Suite 2025
Chicago, IL 60606
(312) 226-1699
mhaeberle@pattersonlawfirm.com

Sarah Kathleen Dunkley
Patterson Law Firm
200 W. Monroe Street, Suite 2025
Chicago, IL 60606
(312) 750-1820
sdunkley@pattersonlawfirm.com

    /s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
(312) 715-7312
(312) 646-2501 (fax)
adamu@au-llc.com

*Counsel for Plaintiff CSE Entertainment, Ltd.*